Civil Action #: 070200 E.G.S.
Plaintiff: Lawrence Davis Jr.

**RECEIVED**

MAR 07 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Clerks Office
United States District Court, I am writing to inform you of my present address of which I would like all legal mail to be mailed to me pertaining to the above civil action claim, which is as follows:

Lawrence Davis Jr
13158-007 A2 103L
Federal Corr. Institute
P.O. Box 1000
Cumberland, MD 21501-1000

The reason of such notification is because my wife paid my first informa pauperis payment by check to insure it was timely paid, and your office sent my notice, and inmate account sheet and your courts order to my wifes apt. Instead of to me at the above address.
    I pray that I have not inconvienced the clerk nor the court in my request.

Thank you.
Lawrence Davis Jr.