# ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Correction Corporation of America
2240 Hubbard Road
Youngstown, Ohio 44505

Civil Action, File Number __CA-07-200 EGS__

__Lawrence Davis, Jr.__
V.
__D.C. Department of Corrections, etal__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return ... ys, you (or the party on whose behalf you ... int in any other manner permitted by law.

7-24-07  BB  07-200

... alf you are being served) must answer the ... y default will be taken against you for the ... Summons and Complaint By Mail was

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _Ellen Watts_ ☐ Agent ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery: 7-30-07
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:
Correction Corp of America

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7004 2510 0000 2032 8765

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

7004 2510 0000 2032 8765

RECEIVED
AUG - 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

...MPLAINT
...laint in the above captioned manner at
Street Name or P.O. Box No.
_____
City, State and Zip Code
_____
Signature
_____
Relationship to Entity/Authority to Receive
_____
Service of Process
_____
Date of Signature

Form USM-299 (Rev. 6/95)

Copy 4 - USMS District Suspense

**U.S. Department of Justice**
**United States Marshals Service**

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO: Warden Correction Corporation
of America 2240 Hubbard Rd.
Youngstown, Ohio 44505

Civil Action, File Number __CA-07-200 EGS__

__Lawrence Davis, Jr.__
V.
__D.C. Department of Corrections, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, **AND RETURN COPIES 1 AND 2** to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, [unincorporated association, or other entity,] you must indicate under your signature your relationship to that entity. If [served on behalf of another person, you must] indicate under your signature your authority.

07-200      DB     7-24-07

[If you do not complete and return copies 1 and 2 within] ____ days, you (or the party on whose behalf you [are being served) may be required to pay any expenses incurred in serving the summons and co]mplaint in any other manner permitted by law.

[If you do complete and return copies 1 and 2, you (or the party on whose] behalf you are being served) must answer the [complaint within 20 days. If you fail to do so, judgme]nt by default will be taken against you for the [relief demanded in the complaint.]

I declare, under penalty of perjury, that this [Notice and Acknowledgment of Rece]ipt of Summons and Complaint By Mail was [mailed on this date.]

_(Signature USMS Official)_

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Warden Correction Corp
of America

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ellen Slattery_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                   7-30-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7004 2510 0000 2032 8758

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

__ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND__ COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature    **RECEIVED**
             **AUG - 2 2007**
Relationship to Entity/Authority to Receive
             **NANCY MAYER WHITTINGTON, CLERK**
             **U.S. DISTRICT COURT**
Service of Process

Date of Signature

Form USM-299
(Rev. 6/95)