**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Fred Figueroa, Warden
FCI Cumberland
POB 1000
Cumberland, Md. 21501

Civil Action, File Number __CA-07-200 EGS__

__Lawrence Davis, Jr.__
V.
__D.C. Department of Corrections et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ___ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ___ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within ___ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

Date of Signature __7/24/07__

Signature (USMS Official) __[signature]__

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

**RECEIVED**
**AUG 8 - 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299
(Rev. 6/95)

Copy 1 - Clerk of Court



**U.S. Department of Justice**

Federal Bureau of Prisons

---

14601 Burbridge Road, S.E.
Federal Correctional Institution
Cumberland, Maryland 21502

August 3, 2007

Nancy Mayer-Whittington, Clerk
United States District Court for the
District of Columbia
333 Constitution Ave, NW
Washington, DC 20001

                      Re:    Case No. 07-200 EGS
                              Lawrence Davis Jr. V. D.C. Department of
                              Corrections, et al.

Dear Ms. Mayer-Whittington:

    The enclosed Summons in a Civil Action in the above-matter is being returned to your office. According to the AO-440 form, this summons is directed to Fred Figueroa, Warden, FCI Cumberland, POB 1000, Cumberland, MD 21501. I must report that there is and has never been a Fred Figueroa that has served as a Warden at the Federal Correctional Institution Cumberland, or has been employed in any capacity at the Federal Correctional Institution, Cumberland, Maryland.

    The plaintiff, federal inmate Lawrence Davis, Federal Register No. 13158-007, is currently an inmate at the Federal Correctional Institution here. However, in reading the complaint, neither the Federal Bureau of Prisons, the Federal Correctional Institution Cumberland, nor the Warden at the Federal Correctional Institution Cumberland are listed as a defendant. There is a Warden Fred Figueroa listed as a defendant, and there is a Warden of Corr. Corp. Of America also listed as a defendant. I believe that Mr. Figueroa may have been, or currently is, an employee of Corrections Corporation of America.

                                                    Sincerely,

                                                      Stephen Finger
**RECEIVED**            Executive Assistant

Enclosure

AUG 8 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT