UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **LAWRENCE DAVIS, JR.,** ) | |
| ) | |
| Plaintiff, ) | C.A. No. 07-0200 (EGS) |
| ) | |
| v. ) | |
| ) | |
| **DISTRICT OF COLUMBIA**, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MOTION OF DEFENDANTS DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS AND ANTHONY WILLIAMS FOR ADDITIONAL TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**

Defendants District of Columbia Department of Corrections and former Mayor of the District of Columbia Anthony Williams ("District Defendants"), by and through their undersigned counsel, respectfully request that the Court grant the District Defendants an additional forty (40) days to respond to Plaintiff's Complaint.

1. Undersigned counsel was assigned this case on August 10, 2007. It appears that the District Defendants were served on July 25, 2007, therefore a responsive pleading is due on August 14, 2007.

2. The District Defendants require additional time to investigate the very detailed factual assertions Plaintiff makes in his Complaint. Thus, the District Defendants request an additional forty (40) days, up to and including September 23, 2007, to file an Answer or other responsive pleading.

3. Pursuant to LCvR 7(m), undersigned counsel was not able to ascertain Plaintiff's position on this Motion as Plaintiff is currently incarcerated.

4. The District Defendants submit that no other party will be prejudiced as all the Defendants have only recently been served, and no other Defendant has yet made an appearance in this action.

Thus, the District Defendants respectfully request that the Court grant them an extension of time, up to and including September 23, 2007, to file an Answer or other responsive pleading.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


  /s/ Nicole L. Lynch
NICOLE L. LYNCH (471953)
Chief, Section II


  /s/ Shana L. Frost
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax: (202) 727-3625
shana.frost@dc.gov