UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LAWRENCE DAVIS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 07-0200 (EGS) |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**AMENDED MOTION OF DEFENDANTS DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS AND ANTHONY WILLIAMS FOR ADDITIONAL TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**

Defendants District of Columbia Department of Corrections and former Mayor of the District of Columbia Anthony Williams ("District Defendants"), by and through their undersigned counsel, respectfully request that the Court grant the District Defendants an additional forty (40) days to respond to Plaintiff's Complaint.

1. Undersigned counsel was assigned this case on August 10, 2007.  It appears that the District Defendants were served on July 25, 2007, therefore a responsive pleading is due on August 14, 2007.

2. The District Defendants require additional time to investigate the very detailed factual assertions Plaintiff makes in his Complaint.  Plaintiff makes numerous allegations regarding an abscess in his foot that he claims was infected.  His allegations concern the nature of many medical appointments, his actual course of treatment, whether such medical treatment was proper, the appropriateness of his prescribed medications, and the administration of such medication.  The time frame of Plaintiff's allegations span from September, 2001 through February, 2003, nearly five years ago.  The District

Defendants therefore need additional time to acquire Plaintiff's institutional files and medical records from the applicable time frame in order to appropriately respond to the many detailed allegations that Plaintiff sets forth. Specifically, the District Defendants are attempting to locate any inmate grievance that Plaintiff filed during this time period to ascertain whether Plaintiff exhausted his administrative remedies as required under the Prison Litigation Reform Act.

3. Thus, the District Defendants request an additional forty (40) days, up to and including September 23, 2007, to file a responsive pleading to the Complaint. This extension of time would therefore give the District Defendants the same amount of time to file a responsive pleading as is normally given to the United States pursuant to Fed. R. Civ. P. 12(a)(3(A).

3. Pursuant to LCvR 7(m), undersigned counsel was not able to ascertain Plaintiff's position on this Motion as Plaintiff is currently incarcerated.

4. The District Defendants submit that no other party will be prejudiced as all the Defendants have only recently been served, and no other Defendant has yet made an appearance in this action.

Thus, the District Defendants respectfully request that the Court grant them an extension of time, up to and including September 23, 2007, to file a responsive pleading.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

     /s/  Nicole L. Lynch
NICOLE L. LYNCH (471953)
Chief, Section II


     /s/  Shana L. Frost
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax:  (202) 727-3625
shana.frost@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAWRENCE DAVIS, JR.,** ) | |
| ) | |
| Plaintiff, ) | C.A. No. 07-0200 (EGS) |
| ) | |
| v. ) | |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

**POINTS AND AUTHORITIES IN SUPPORT OF THE AMENDED MOTION OF DEFENDANTS DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS AND ANTHONY WILLIAMS FOR ADDITIONAL TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**

1. Fed. R. Civ. P. 4.

2. Fed. R. Civ. P. 6(b).

3. Fed. R. Civ. P. 12.

4. The interests of justice and the inherent power of this Court.

                Respectfully submitted,

                LINDA SINGER
                Attorney General for the District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General
                Civil Litigation Division


                __/s/  Nicole L. Lynch_____
                NICOLE L. LYNCH (471953)
                Chief, Section II


                __/s/  Shana L. Frost_____
                SHANA L. FROST (458021)

Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax: (202) 727-3625
shana.frost@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **LAWRENCE DAVIS, JR.,** | ) | |
| Plaintiff, | ) | C.A. No. 07-0200 (EGS) |
| v. | ) | |
| **DISTRICT OF COLUMBIA,** *et al.*, | ) | |
| Defendants. | ) | |

**ORDER**

Before the Court is the Amended Motion of Defendants District of Columbia Department of Corrections and Anthony Williams for an Extension of Time to File a Response to Plaintiff's Complaint. Upon consideration of the Motion of the District of Columbia Department of Corrections and Anthony Williams, it is this _____ day of _____, 2007:

**ORDERED** that the Motion is **granted**; and it is

**FURTHER ORDERED** that the District of Columbia Department of Corrections and Anthony Williams shall have up to and including September 23, 2007 to file a response to Plaintiff's Complaint

_____
Hon. Emmet G. Sullivan
United States District Judge