UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE DAVIS, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA DEPARTMENT )<br>OF CORRECTIONS, et al., )<br>)<br>Defendants. ) | Civil Action No. 07-200 (EGS) |

### ORDER

Defendant Diamond Pharmacy has filed a motion to dismiss. Plaintiff is proceeding *pro se*. The Court will rule on defendant's motion taking into consideration the facts proffered by plaintiff in his complaint, along with his response or opposition to the motion, and the entire record of the case. If plaintiff fails to respond to this motion, the Court may assume that the motion is conceded and dismiss the case. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988). Accordingly, it is

ORDERED that plaintiff shall respond to the defendant's motion to dismiss [15] within 30 days of this Order. If plaintiff does not respond by that date, the Court may treat the motion as conceded.

_____/s/_____
EMMET G. SULLIVAN
United States District Judge

DATE: August 16, 2007