PRAECIPE

# United States District Court
# for the District of Columbia

the ___10 th___ day of ___October___ 19 2007

LAWRENCE DAVIS JR

vs.

District of Columbia Dept. of Corrections }

Civil / Criminal
Action No. 1:07-cv-00200-EGS

The Clerk of said Court will ___You please update my mailing address___
___In your files from my old address: P.o. Box 100 F.C.I. Cumberland 21501___ (Lawrence Davis Jr 13158-007 A2)
___To my new/current address: 10751 Venetia Mill Cir #2B Silver___
___Spring, MD 20901___

___10/10/07___
Date

___BAR IDENTIFICATION NO.___

Signature

___Lawrence Davis JR___
Print Name

___10751 Venetia Mill Cir #2B___
Address

___Silver Spring___   ___MD___   ___20901___
City            State         Zip Code

___301 675-7646___
Phone Number

## CERTIFICATE OF SERVICE

RECEIVED

OCT 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT