UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

LAWRENCE DAVIS, JR.          :

    Plaintiff,              :

vs.                          :  C.A. No. 07-0200 (EGS)

DISTRICT OF COLUMBIA         :
  DEPARTMENT OF CORRECTIONS,
et al.                       :

    Defendants.             :

**PLAINTIFF'S OPPOSITION TO DEFENDANT
DIAMOND PHARMACY SERVICES' MOTION TO DISMISS
AND PLAINTIFF'S MOTION TO CORRECT MISNOMER**

COMES NOW, the plaintiff, Lawrence Davis, Jr., who opposes the Defendant Diamond Pharmacy Services' Motion to Dismiss **and** requests leave of Court to correct a misnomer by substituting Diamond Drugs, Inc., d/b/a Diamond Pharmacy Services, for Diamond Pharmacy Services and allowing plaintiff thirty (30) days to effect service, and states as follows:

1.    Defendant argues that service on Diamond Pharmacy Services was improper. Defendant, for the first time, on August 15, 2007, filed an Affidavit indicating that the person who signed for legal process was not authorized to do so. In addition, in its motion to dismiss, plaintiff learned for the first time that apparently the correct name for the defendant is Diamond Drugs, Inc., d/b/a Diamond Pharmacy Services. Therefore, plaintiff requests leave of court to correct a misnomer by substituting Diamond Drugs, Inc., d/b/a Diamond Pharmacy Services, for Diamond Pharmacy Services and plaintiff requests an additional thirty (30) days in which to properly serve this defendant.

RECEIVED
OCT 2 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-2-

2.    Defendant argues that plaintiff's claims are time barred. Defendant agrees that the accrual date is 4/12/02. What defendant fails to mention is that plaintiff was incarcerated and was not released until March 11, 2004. Therefore, the statute of limitations did not begin to run until March 11, 2004. Any lawsuit would have to have been filed on or before March 11, 2007. Plaintiff filed his lawsuit on January 30, 2007. Therefore, it was filed in a timely manner.

3.    As stated above, plaintiff was incarcerated until March, 2004. I was then re-incarcerated in October, 2004 for a probation violation and remained incarcerated until August 13, 2007. I have not until recently had any opportunity to discover the full facts of what happened to me. However, I do know that Diamond Pharmacy Services failed to deliver needed medication which resulted in a delay in treatment. I believe that the allegations that I have made in the Complaint are sufficient and certainly I should be permitted to do discovery before I am required to set forth further facts.

WHEREFORE, the premises considered, plaintiff requests this Court deny the defendant's motion to dismiss, grant plaintiff's motion to correct a misnomer by substituting Diamond Drugs, Inc., d/b/a Diamond Pharmacy Services, for Diamond Pharmacy Services, and grant plaintiff thirty (30) days in which to serve the defendant.

*[signature]*
Lawrence Davis
10751 Venetian Mill Circle, Apt. 2B
Silver Spring, MD 20901

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 25th day of October, 2007, to:

Shana L. Frost
Assistant Attorney General
441 4th Street, N.W., 6th Floor South
Washington, D.C.  20001

Jeffrey Jerome Hines, Esq.
Goodell, Devries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD  21202

_____
Lawrence Davis
Plaintiff Pro-Se

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

LAWRENCE DAVIS, JR.            :

    Plaintiff,                :

vs.                            : C.A. No. 07-0200 (EGS)

DISTRICT OF COLUMBIA           :
  DEPARTMENT OF CORRECTIONS,
et al.                         :

    Defendants.               :

## ORDER

Upon consideration of Defendant Diamond Pharmacy Services' Motion to Dismiss, plaintiff's opposition thereto, and plaintiff's motion to correct a misnomer, it is this ____ day of _____, 2007,

ORDERED,

(1) That Defendant's Motion to Dismiss be, and the same hereby is, denied.

(2) That plaintiff's motion to correct a misnomer by substituting Diamond Drugs, Inc., d/b/a Diamond Pharmacy Services, for Diamond Pharmacy Services, be and the same hereby is granted;

(3) That plaintiff is granted leave to file an Amended Complaint substituting Diamond Drugs, Inc., d/b/a Diamond Pharmacy Services, for Diamond Pharmacy Services; and

(4) That plaintiff shall have thirty (30) days in which to serve the defendant

_____
Judge

- 2 -

cc:
    Lawrence Davis
    10751 Venetian Mill Circle, Apt. 2B
    Silver Spring, MD  20901

    Shana L. Frost
    Assistant Attorney General
    441 4th Street, N.W., 6th Floor South
    Washington, D.C.  20001

    Jeffrey Jerome Hines, Esq.
    Goodell, Devries, Leech & Dann, LLP
    One South Street, 20th Floor
    Baltimore, MD  21202