UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

LAWRENCE DAVIS, JR.          :

    Plaintiff,            :

vs.                                    :   C.A. No. 07-0200 (EGS)

DISTRICT OF COLUMBIA     :
  DEPARTMENT OF CORRECTIONS,
et al.                                  :

    Defendants.          :

**PLAINTIFF'S OPPOSITION TO DEFENDANTS
DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS AND
MAYOR ANTHONY WILLIAMS' MOTION TO DISMISS OR,
IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT
<u>AND MOTION TO SUBSTITUTE</u>**

COMES NOW, the plaintiff, Lawrence Davis, Jr., who opposes the Defendants District of Columbia Department of Corrections and Mayor Anthony Williams' Motion to Dismiss or, in the Alternative, for Summary Judgement, **and** moves to substitute the District of Columbia as a defendant for Defendants District of Columbia Department of Corrections and Mayor Anthony Williams, and states as follows:

1.    The defendants claim that plaintiff's suit is barred by the Statute of Limitations. The defendants agree that no lawsuit needed to be filed while I was incarcerated and argue that since I was released on March 11, 2004, any lawsuit would have to be filed on or before March 11, 2007. Defendants claim that I did not file the lawsuit on time. This is not so. In fact, I filed the lawsuit on January 30, 2007. Therefore, the case should not be dismissed on the grounds of Statute of Limitations.

2.    The defendants argue that the D.C. Department of Corrections cannot be sued in its own name. Apparently, the lawsuit should have named the District of

RECEIVED
OCT 2 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-2-

Columbia as the defendant. Although I apparently mis-named the defendant, the D.C. Department of Corrections is an agency of the District of Columbia and therefore the District of Columbia received notice of this suit when service was made. Since the Department of Corrections is an agency of the District of Columbia, I am requesting that I be granted leave to substitute the District of Columbia as a defendant for the D.C. Department of Corrections.

3. My claim against the Mayor is based on his official capacity. The defendant, in its motion, indicates that any suit against a municipal official in his official capacity is treated as a suit against the municipality itself. Therefore, Mayor Williams should be dismissed from the case and the District of Columbia should be substituted in his place.

WHEREFORE, the premises considered, plaintiff requests this Court deny the defendants' motion and permit plaintiff to file an Amended Complaint substituting the District of Columbia as a defendant for defendants D.C. Department of Corrections and Mayor Anthony Williams.

*Lawrence Davis*
Lawrence Davis
10751 Venetian Mill Circle, Apt. 2B
Silver Spring, MD  20901

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 25th day of October, 2007, to:

Shana L. Frost
Assistant Attorney General
441 4th Street, N.W., 6th Floor South
Washington, D.C.  20001

Jeffrey Jerome Hines, Esq.
Goodell, Devries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD  21202

Lawrence Davis
Plaintiff Pro-Se

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

LAWRENCE DAVIS, JR.          :

    Plaintiff,              :

vs.                          : C.A. No. 07-0200 (EGS)

DISTRICT OF COLUMBIA         :
  DEPARTMENT OF CORRECTIONS,
et al.                       :

    Defendants.             :

## ORDER

Upon consideration of Defendants District of Columbia Department of Corrections and Mayor Anthony Williams' Motion to Dismiss or, in the Alternative, for Summary Judgement, plaintiff's opposition thereto, and plaintiff's motion to substitute, it is this ____ day of _____, 2007,

    ORDERED,

    (1)    That Defendants District of Columbia Department of Corrections and Mayor Anthony Williams' Motion to Dismiss or, in the Alternative, for Summary Judgement be, and the same hereby is, denied.

    (2)    That plaintiff's motion to substitute be, and the same hereby is, granted; and

    (3)    That plaintiff is granted leave to file an Amended Complaint substituting the District of Columbia as a defendant for defendants D.C. Department of Corrections and Mayor Anthony Williams.

_____
                Judge

- 2 -

cc:
    Lawrence Davis
    10751 Venetian Mill Circle, Apt. 2B
    Silver Spring, MD  20901

    Shana L. Frost
    Assistant Attorney General
    441 4th Street, N.W., 6th Floor South
    Washington, D.C.  20001

    Jeffrey Jerome Hines, Esq.
    Goodell, Devries, Leech & Dann, LLP
    One South Street, 20th Floor
    Baltimore, MD  21202