UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE DAVIS, JR., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 07-0200 (EGS) |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA ) | |
| DEPARTMENT OF CORRECTIONS, ) | |
| *et al.*, ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL OF DEFENDANTS DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS AND MAYOR ANTHONY WILLIAMS**

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff hereby dismisses Defendants District of Columbia Department of Corrections and Mayor Anthony Williams with prejudice pursuant to a settlement by the parties.

Respectfully submitted,

_____
LAWRENCE DAVIS
10751 Venetia Mill Circle
Apartment 2B
Silver Spring, MD 20901
*Pro se*

LINDA SINGER
Attorney General, District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____
NICOLE L. LYNCH (471953)
Chief, Section II

_____
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax: (202) 727-3625
shana.frost@dc.gov