UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE DAVIS, JR.               )<br>                                                       )<br>        Plaintiff,                          )<br>                                                       )<br>        v.                                        )<br>                                                       )<br>DISTRICT OF COLUMBIA         )<br>DEPARTMENT OF CORRECTIONS *et al.*,)<br>                                                       )<br>        Defendants.                         )<br>_____) | Civil Action No.    07-0200 (EGS)<br>Document Nos.    15, 25, 27 |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that Defendant Diamond Pharmacy Services' Motion to Dismiss [Dkt. No. 15] is GRANTED; it is

FURTHER ORDERED that all other pending motions [Dkt. Nos. 25, 27] are DENIED as moot; and it is

FURTHER ORDERED that this case is DISMISSED without prejudice. This is a final appealable Order.

SIGNED: EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

DATE: March 17, 2008